# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA BERNAL MADRIGAL,<br>    Plaintiff,<br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | Case No. 1:22-cv-00018-JLT-GSA<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 16) |

Based upon the Plaintiff's Motion for an Extension of Time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from July 5, 2022 to July 22, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

  Dated:   **July 6, 2022**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE